UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19cv62006

RYAN TURIZO,

    Plaintiff,

v.

PPF AMLI 5971 TOSCANA DRIVE, LP,

    Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**
**INJUNCTIVE RELIEF SOUGHT**

Plaintiff RYAN TURIZO ("Plaintiff") sues Defendant PPF AMLI 5971 TOSCANA DRIVE, LP ("Defendant") for violating 42 U.S.C. § 3601 *et seq.*, the Fair Housing Act.

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court arises under 42 U.S.C. § 3613(a), 28 U.S.C. § 1331, and 28 U.S.C. § 1337.

2. Venue in this District is proper because the subject property is located in this district, Plaintiff resides in this district, Defendant transacts business in this district, and the complained conduct of Defendant occurred in this district.

**PARTIES**

3. Plaintiff is a natural person, an Hispanic/Latino descent, male, and a citizen of the State of Florida, residing in Broward County.

4. Plaintiff is a tester. Plaintiff seeks to enforce fair housing laws to protect individuals from discriminatory housing practices by, among other things, investigating entities governed by Fair Housing Act ("FHA") and perusing enforcement of meritorious claims. Without intent to rent

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

or purchase, Plaintiff poses as a renter or purchaser for the purpose of collecting evidence of discriminatory housing practices. At all times material, Plaintiff was acting as a tester when Plaintiff conducted an investigation into the discriminatory actions and/or practices of Defendant.

5. Defendant is a Delaware limited partnership, with its principal place of business located at 141 W. Jackson Blvd, Suite 300, Chicago, IL 60604.

## DEMAND FOR JURY TRIAL

6. Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

7. On or about July 22, 2019, Plaintiff, in his capacity as a tester, contacted Defendant to inquire about one of the properties Defendant holds open to the public for rent, namely, a dwelling located within the AMLI Toscana Place community (the "Dwelling"), located at 5971 Toscana Drive, Davie, Florida 33314.

8. As part of Plaintiff's investigation into potential discrimination in the housing market, Plaintiff inquired about Defendant's policy regarding the criminal record of applicants applying to rent the Dwelling. Defendant responded by stating that any felony criminal record would result in an automatic denial of an applicant seeking to rent the Dwelling.

9. The actions and statements of Defendant, *inter alai*, the policy to automatically deny any prospective individual with a felony criminal record, serves to discourage Plaintiff from applying, inspecting, and renting the Dwelling, and otherwise restrict the choices of Plaintiff in connection with Plaintiff's attempts to seek, negotiation for, and ultimately rent the Dwelling.

10. The policy of Defendant to automatically deny any prospective individual with a felony criminal record perpetuates segregated housing patterns and discourages and/or obstructs

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

choices in the applicable community, neighborhood, and/or development. As such, the actions of Defendant consuetude efforts to deprive Plaintiff of housing opportunities.

11. Defendant's policy regarding the criminal history of applicants seeking to rent, utilize, or otherwise occupy the Dwelling is unlawful under the Fair Housing Act, as it has a disparate impact on individuals of Hispanic/Latino heritage and/or descent.

12. Plaintiff was and is saddened, angered, and insulted, by Defendant's policy regarding the criminal history of applicants because said policy has a discriminatory impact and serves no substantial, legitimate, nondiscriminatory interest, and otherwise results in the wrongful denial of applicants, such as Plaintiff.

13. The acts and omissions of Defendant proximately caused Plaintiff to suffer the above-mentioned emotions, which have manifested into stress, unpleasant rumination, mental strain, and feelings of indignity, hopelessness, and anxiety within the context of racial discrimination in housing.

14. Consistent with Plaintiff's fair housing testing efforts, Plaintiff has a practice of continuing to monitor and test those entities and individuals found to have been engaged in discriminatory housing practices. As such, Plaintiff will continue monitoring Defendant, and Defendant's agents, in order to determine its (Defendant's) ongoing compliance with the Fair Housing Act.

### COUNT I.
### VIOLATION OF THE FAIR HOUSING ACT

15. Plaintiff incorporates by reference paragraphs 1-14 of this Complaint as though fully stated herein.

16. Defendant is liable to Plaintiff for all injuries caused by the Fair Housing Act violations committed by Defendant and the agents of Defendant.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

17. Defendant authorized its agents to act for it (Defendant) when Defendant's agents committed the Fair Housing Act violations alleged herein. The agents of Defendant accepted the undertaking of acting on behalf of Defendant when the they (Defendant's agents) committed the Fair Housing Act violations alleged herein. Defendant had control over its (Defendant's) agents when said agents committed the Fair Housing Act violations alleged herein.

18. Defendant has violated the Fair Housing Act by, *inter alia*, making unavailable and/or otherwise denying the Dwelling to Plaintiff on the basis of race and/or criminal record.

19. A discriminatory purpose, and not any legitimate reason, was a motivating factor behind Defendant's policy regarding the criminal history of applicants seeking to rent, utilize, or otherwise occupy the Dwelling.

20. As a result of Defendant's discriminatory conduct, coupled with Plaintiff's ongoing monitoring efforts, Plaintiff has suffered, is suffering, and will continue to suffer, irreparable loss and injury, and a real and immediate threat of future discrimination at the hands of Defendant.

21. Plaintiff, as a tester who has been treated in a discriminatory fashion by Defendant, has suffered an injury in precisely the form the Fair Housing Act was intended to guard against, thus, Plaintiff has standing to maintain this action against Defendant under the Fair Housing Act's provisions.

22. Accordingly, Plaintiff is aggrieved by the discrimination actions of Defendant in violation the Fair Housing Act.

23. WHEREFORE, Plaintiff, respectfully, requests that this Court:

   (a) Declare the above-mentioned actions, omissions, polices, and procedures, of Defendant to be in violation of the Fair Housing Act.

   (b) Award compensatory damages to Plaintiff against Defendant.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(c) Enter a permanent injunction enjoining Defendant from discriminating against individuals on the basis of race and/or criminal history;

(d) Enter a permanent injunction compelling Defendant to amend its (Defendant's) polices, procedures, and practices, that discriminate against individuals on the basis of race and/or criminal history;

(e) Award Plaintiff costs and reasonable attorneys' fees; and

(f) Any other relief that this Court deems appropriate and just under the circumstances.

DATED: August 10, 2019

Respectfully Submitted,

 /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:      855-529-9540

*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com