UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62006-CMA

RYAN TURIZO,

    Plaintiff,

v.

PPF AMLI 5971 TOSCANA DRIVE, L.P.,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF RELATED ACTION
PURSUANT TO L.R. 3.8**

    Pursuant to Local Rule 3.8 of this Court, Defendant PPF AMLI 5971 TOSCANA DRIVE, L.P. hereby notifies the Court of the existence of another pending action which involves subject matter which is a material part of the subject matter of the instant action:

*Ryan Turizo v. Camden Summit Partnership, L.P.,* **Case No. 0:19-cv-62005-BB**

Both actions involve the same Plaintiff, have Defendants represented by the same counsel, have identical complaints, and are the subject of pending Rule 12(b)(6) motions to dismiss. The disposition of both cases separately would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge.

    Respectfully submitted this 3rd day of September, 2019.

                                      *s/ Ryan R. McCain*
                                      Ryan R. McCain, Esq.
                                      Fla Bar ID #28117
                                      RMcCain@barfieldpa.com
                                      Barfield, McCain P.A.

- 2 -

4241 Northlake Blvd., Suite B
Palm Beach Gardens, FL  33410
(561) 650-8139


　　　　*s/ Theresa L. Kitay*
Theresa L. Kitay, Attorney at Law
Ga Bar #424295 *(admitted pro hac vice)*
tkitay@kitaylaw.net
P.O. Box 597
Oak Island, NC  28465
(910) 250-1982

Attorneys for Defendant PPF AMLI 5971
TOSCANA DRIVE, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF on September 4, 2019 on all counsel or parties of record on the Service List below.

BY:   *s/ Ryan R. McCain*
          Ryan R. McCain, Esq.

## SERVICE LIST

**JIBRAEL S. HINDI, ESQ.**
Email: jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Email: tom@jibraellaw.com

The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Phone: 954-907-1136
Fax: 855-529-9540
Attorneys for Plaintiff, Ryan Turizo