**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62006-CIV-ALTONAGA/Seltzer**

**RYAN TURIZO**,

    Plaintiff,

v.

**PPF AMLI 5971 TOSCANA DRIVE, LP**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On August 30, 2019, the Court entered an Order [ECF No. 7] requiring the parties to prepare and file a joint scheduling report, certificates of interested parties, and corporate disclosure statements by September 13, 2019. To date, the parties have not filed certificates of interested parties or corporate disclosure statements, nor have they filed a joint scheduling report or requested an extension of time within which to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties shall comply with the August 30, 2019 Order [ECF No. 7] by **September 18, 2019**, failing which the case will be dismissed without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record